William Edward Tarvin, Tarvin Law Firm, Bentonville, AR, for Appellants.

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

Jason Scott Retter, Assistant Attorney General, Attorney General's Office, St. Louis, MO, for Appellees.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Connie and Karl Guthrie appeal the district court's[1] denial of their motion under Federal Rule of Appellate Procedure 4(a)(5) for an extension of time to file an appeal in their civil action. After careful review, *see Gibbons v. United States*, 317 F.3d 852, 853–54 (8th Cir.2003), we conclude the district court did not abuse its discretion by finding that the Guthries failed to show excusable neglect warranting an extension. Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Richard BELK, Appellant,**

v.

**MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION; James M. Murawski; Richard G. Busse; Denis Bigley; Ed Hassinger; Ron Hopkins, Appellees.**

No. 09–2598.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 28, 2011.

Filed: Oct. 4, 2011.

Richard Belk, St. Louis, MO, pro se.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

Melinda Grace–Beasley, Alicia C. O'Connell, Missouri Department of Transportation, Jefferson City, MO, Richard B. Regan, Missouri Highway & Transportation Commission, Chesterfield, MO, Robert John Krehbiel, King & Krehbiel, St. Louis, MO, for Appellees.

Before MELLOY, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Richard Belk appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action. After careful de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.2006), we agree that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.